Emmaus Borough Annexation Case.

Argued June 17, 1971. *John P. Thomas,* for appellant; *George A. Hahalis,* with him *Wallace C. Worth, Jr.,* for Township of Upper Milford, appellee; *Gene D. Smith,* for Township of Lower Macungie, appellee.

Order affirmed.

SPAULDING, J., absent.

Emmaus Borough Annexation Case.

Argued June 17, 1971. *William H. Platt,* for appellant; *George A. Hahalis,* with him *Wallace C. Worth, Jr.,* for Township of Upper Milford, appellee; *Gene D. Smith,* for Township of Lower Macungie, appellee.

Order affirmed.

SPAULDING, J., absent.

Emmaus Borough Annexation Case.

Argued June 17, 1971. *William H. Platt,* for appellants; *George A. Hahalis,* with him

*Wallace C. Worth, Jr.*, for Township of Upper Milford, appellee.

Order affirmed.

SPAULDING, J., absent.

## Emmaus Borough Annexation Case.

Argued June 17, 1971. *John P. Thomas*, for appellant; *George A. Hahalis*, with him *Wallace C. Worth, Jr.*, for Township of Upper Milford, appellee.

Order affirmed.

SPAULDING, J., absent.

## Lupnacca, Appellant, *v.* Cottrell.

Argued April 16, 1971. *William C. O'Toole*, with him *William F. Donatelli*, for appellant; *Herbert Grigsby*, with him *Thomson, Rhodes & Grigsby*, for appellee.

Judgment affirmed.

## McCormack *v.* Nease Chemical Company, Inc. et al., Appellants.

Argued June 17, 1971. *Charles C. Brown, Jr.*, with him *McQuaide, Blasko, Brown & Geiser*, for ap-